IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREGORY S. HOWELL,<br><br>        Plaintiff,<br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No.: 3:23-cv-01252-AN<br><br><br>ORDER |

      Pursuant to the plaintiff's Unopposed Application for Fees Pursuant to EAJA, ECF [11], it is hereby ORDERED that attorney fees in the amount of $7,500.00 are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $402.00 for the filing fee, pursuant to 28 U.S.C. § 1920. The award will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

      If plaintiff has no such debt, then the award shall be made by check payable and mailed to plaintiff's attorney as follows: George J. Wall, 825 NE 20th Avenue, Suite 330, Portland, Oregon 97232. If plaintiff has such debt, then any remaining funds after offset shall be made payable to plaintiff and sent via electronic funds transfer or by check mailed to plaintiff's attorney's office at the address stated above.

      DATED this 16th day of May, 2024.

                                                        _____<br>
                                                        Adrienne Nelson<br>
                                                        United States District Judge